**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 2 2013

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESLIE ANN FALLEN, AS ADMINISTRATRIX
OF THE ESTATE OF HAYDEN DANIEL FALLEN,
DECEASED, AND SURVIVORS.                                    PLAINTIFFS

V.                      CASE NO. 4:13 cv 387   Sww

KUBOTA TRACTOR CORPORATION                                  DEFENDANT

## COMPLAINT

Comes the plaintiff, Leslie Ann Fallen, by and through her attorneys, James Bruce

McMath and Will Bond of McMath Woods, P.A., in her capacity as Administratrix of the estate

of her deceased son, Hayden Daniel Fallen, in her own right, and on behalf of the estate and the

survivors, and for her complaint against defendant, Kubota Tractor Corporation states as follows:

### I. PARTIES

*This case assigned to District Judge Wright*
*and to Magistrate Judge Young*

1.      The plaintiff, Leslie Ann Fallen, surviving mother of Hayden Daniel Fallen,

deceased and duly appointed administratrix of his estate, currently resides in Perryville, Perry

County, Arkansas.  The plaintiff and Hayden Daniel Fallen were mother and son at the time of

his death and were citizens and residents of Perryville, Perry County, Arkansas.

2.      The defendant, Kubota Tractor Corporation (hereinafter "Kubota"), is a foreign

corporation authorized to do business in the state of Arkansas, whose principal place of business

is 550 W. Artesia Blvd., Compton, CA  90220, and its agent of service is Corporation Service

Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR  72201.

## II.  JURISDICTION

3.      This Court has jurisdiction over this matter under Title 28 U.S.C. § 1332 as there is diversity of citizenship between the parties and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00).

4.      At all times relevant herein, the defendant Kubota Tractor Corporation, was a corporation authorized to do business in the state of Arkansas which sells various products in the state of Arkansas, including the tractor at issue in this case, and is therefore subject to the jurisdiction of this court.

5.      Venue is proper in that the incident herein complained of occurred in Plainview, Yell County, Arkansas.

## III.  STATEMENT OF THE CASE

6.      On or about the 26th day of June, 2012, plaintiff's decedent, Hayden Daniel Fallen was placed by his grandfather, Tony Fallen, into the bucket of his grandfather's brand new Kubota tractor, model number L2800, so that they could be together while his grandfather did some work on the home place.  When his grandfather attempted to go down a hillside roadway on the property the tractor ran away from him and could not be stopped.  Barely able to keep the tractor on the road way, the vehicle violently skidded and skipped down the hill for a considerable distance before the  plaintiff's decedent was thrown from the bucket, sustaining fatal injuries; the tractor only coming to a stop when it encountered a large rock at the base of the hill.

7.      The tractor was designed with a hydrostatic drive system which would effectively act as brakes on all four wheels, when in four wheel drive.  If in two wheel drive, however, only

the rear wheels would retard the vehicle and the brakes themselves were also only on the rear wheels. As equipped and sold, the tractors was designed in such a way that approximately two thirds of the vehicles weight was located upon the front wheels. The basic physics of this arrangement created an entirely foreseeable, predictable and unreasonable risk that operation on a slope in two wheel drive, especially upon an unimproved surface, would result in a loss of control under circumstances where an ordinary user would not anticipate any such risk.

8.     This inherent risk could have been avoided, in the design of the machine, by altering its physical layout so as to shift weight to the rear or by adding weights to the rear wheels, or by simply equipping it with front brakes. As designed the product should have come with clear instructions and warnings, informing the user of the weight distribution, the absence of front wheel brakes and the risks that these features poses when negotiating a grade, especially on unimproved surfaces, when in two wheel drive and of necessary operational limitations or precautions necessary to safe operation given the weight distribution of the vehicle.

9.     As designed and sold, without appropriate warnings and instructions to address the latent hazard described, the machine was not fit for its intended purpose and hence defendant has breach this implied warranty, of which violation the defendant has been given notice. (See Exhibit A). Further as designed and sold the vehicle constitutes an unreasonably dangerous and defective product, for which defendant is strictly liable. The sale of the machine as designed and without appropriate and necessary warnings and instructions constitutes negligence.

10.     At the time of his death, Hayden Daniel Fallen was survived by the following wrongful death beneficiaries:

a.     Leslie Ann Fallen, his mother;

b.     Chester Wofford, father; and

3

c.     Alex Fallen, brother.

## IV. DAMAGES

11.     As a direct and proximate cause of the aforedescribed fault on the part of the defendant, the plaintiff's child was killed causing the following damages:

a.     To the estate of Hayden Daniel Fallen, the value of the loss of his life, conscious pain and suffering, scars and disfigurement, medical expenses and funeral expenses.

b.     To each surviving wrongful death beneficiary, mental anguish suffered as a result of Hayden's tragic death and reasonably probable to be suffered in the future.

12.     Plaintiff prays for a trial by jury.

Wherefore, the plaintiff prays damages against the defendant on behalf of the decedent's estate and his wrongful death beneficiaries, sufficient to compensate each, for her costs expended herein, and all other relief to which she may be entitled.

Respectfully submitted,

Attorneys for Plaintiff

By:   James Bruce McMath, AR Bar No. 75090
       Will Bond, AR Bar No. 95145
       McMath Woods, P.A.
       711 West Third Street
       Little Rock, AR 72201
       phone: (501) 396-5400
       fax:    (501) 374-5118
       email:  bruce@mcmathlaw.com
               will@mcmathlaw.com

4



JAMES BRUCE McMATH
SAMUEL E. LEDBETTER
WILL BOND
NEIL CHAMBERLIN
CHARLES D. HARRISON
CARTER C. STEIN
ROSS NOLAND

MART VEHIK, OF COUNSEL
PHILLIP H. McMATH, OF COUNSEL

SIDNEY S. McMATH (1912-2003)
LELAND LEATHERMAN (1915-2006)
HENRY WOODS (1918-2002)
WINSLOW DRUMMOND (1933-2005)

**McMath Woods P.A.**
ATTORNEYS AT LAW

711 WEST THIRD STREET
LITTLE ROCK, AR 72201
501-396-5400
FAX: 501-374-5118
www.mcmathlaw.com

JAMES BRUCE MCMATH
Direct No. 501-396-5403
bruce@mcmathlaw.com

SHELIA MURBERGER
Legal Assistant
501-396-5415
shelia@mcmathlaw.com

March 7, 2013

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Kubota Tractor Corporation
Central Division
14855 FAA Blvd.
Fort Worth, TX  76155

Corporate Office
3401 Del Amo Blvd.
Torrance, CA  90503

c/o Corporation Service Company, Registered Agent
300 S. Spring Street, Suite 900
Little Rock, AR  72201

RE:   Notice of Breach of Warranty
      Kubota Tractor Model No. L2800 HST
      Serial No. 85837
      Purchase Date:  6/6/2012

To Whom It May Concern:

This letter is notice pursuant to Arkansas Code Annotated §4-2-607 that a wrongful death claim on breach of warranty grounds, among others, will soon be filed related to the death of Hayden Daniel Fallen.

We have been retained to represent the estate of Hayden Daniel Fallen and are writing to provide notice of a breach of warranties, both express and implied, that resulted in the death of Hayden Daniel Fallen, when a model L2800 Kubota tractor, equipped with a hydrostatic transmission ran away and could not be stopped by the operator who was his grandfather.  Hayden was killed when he was thrown from the bucket where he was riding by the violent motions of the out of control tractor.

Sincerely,

James Bruce McMath

JBM/sm


PLAINTIFF'S
EXHIBIT
A

*Since 1953, a tradition of legal excellence.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kohll_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Vanessa Porras   3/11/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Kubota Tractor Corp.
Corporate Office
3401 Del Amo Blvd.
Torrance CA 90503

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0005 5789 9624

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ben Petit_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Robert Petit   3/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Kubota Tractor Corp.
c/o Corporation Service Co.
300 S. Spring St. Ste 900
Little Rock AR 72201

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0005 5789 9600

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OT OPKins   03-11-2013

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

14855 FAA

1. Article Addressed to:

Kubota Tractor Corp.
Central Division
14855 FAA Blvd.
Fort Worth TX
76155

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0005 5789 9617

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540